| 570P13 | State v. Christopher Wayne Salter | State's PDR Under N.C.G.S. § 7A-31 (COA13-386) | Denied |
|---|---|---|---|
| 571P13 | State v. Floyd Lynbird Norris, Jr. | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-282)<br><br>2. Def's Petition for *Writ of Certiorari* to Review Decision of COA | 1. Dismissed<br><br>2. Denied |
| 573P13-2 | State v. Donald Edward Johnson and Jessica Williams | 1. Def's (Johnson) *Pro Se* Petition of *Writ of Certiorari* to Review Decision of COA<br><br>2. Def's (Johnson) *Pro Se* Motion in the Alternative for Petition For *Writ of Error Coram Nobis* | 1. Denied<br><br>2. Denied |
| 575P13 | State v. Ebony Angel Nicholas | 1. Def's NOA Based Upon a Constitutional Question (COA13-613)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |
| 576A13 | State v. Vincent Edward Northington | 1. Def's NOA Based Upon a Constitutional Question (COA13-475)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. State's Motion for Response to Def's NOA to be Deemed Timely Filed | 1. —<br><br>2. Allowed<br><br>3. Allowed |
| 577P13 | State v. Kevin James Dahlquist | 1. Def's Motion for Temporary Stay (COA13-276)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's NOA Based Upon a Constitutional Question<br><br>4. Def's PDR Under N.C.G.S. § 7A-31<br><br>5. State's Motion to Dismiss Appeal | 1. Allowed **12/20/2013** Dissolved **03/06/2014**<br><br>2. Denied<br><br>3. —<br><br>4. Denied<br><br>5. Allowed |